IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HANK ARKULARI,

              Plaintiff,

vs.

JEFFREY KASSELMAN, Medical Director, in his individual capacity;

              Defendant.

**8:22CV446**

**ORDER**

IT IS ORDERED that the Motion to Withdraw as Counsel of Record, Filing No. 25, filed by Assistant Attorney General Tyrone E. Fahie is granted. Assistant Attorney General Tyrone E. Fahie is removed as counsel of record for Defendant Jeffrey Kasselman.

Dated this 23rd day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge