IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANK ARKULARI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY KASSELMAN, Medical Director,<br>in his individual capacity;<br><br>　　　　　　Defendant. | **8:22CV446**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Defendant's Motion to Dismiss, Filing No. 27, filed on May 14, 2026, and for case management.  Defendant moves to dismiss this case pursuant to Fed. R. Civ. P. 41(b) for the reason that Plaintiff has failed to update his address and has abstained from all contact with Defendant's counsel.  Filing No. 27. Plaintiff's address on file with the Court is at the Nebraska Department of Correctional Services' ("NDCS") Community Corrections Center in Lincoln, Nebraska.  According to the NDCS' online inmate records, Plaintiff was released from custody on February 16, 2024, and is no longer confined at the Community Corrections Center.  *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited May 19, 2026).  Though no mail sent by the Court to Plaintiff has been returned as undeliverable, Plaintiff has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.    Plaintiff has until **June 4, 2026**, to update his address and to file a brief in opposition to Defendant's Motion to Dismiss.  *See* NECivR 7.1(b)(1)(B).  Failure to do so will result in the Court granting the Motion to Dismiss and dismissing this action without further notice to Plaintiff.

2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **June 4, 2026**: deadline for address update and Plaintiff's brief.

3.    The Clerk of the Court is further directed to send this order to Plaintiff at the address the Court has on file and to the following address: 6344 N 36th Street, Omaha, NE 68111.

Dated this 19th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2